UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: PRACTICEFIRST DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 1:21-cv-00790- JLS |

### NOTICE OF MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT

**PLEASE TAKE NOTICE THAT** pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules for the Western District of New York, Defendants Professional Business Systems d/b/a Practice*first* Medical Management Solutions and PBS Medcode Corp., by and through their respective counsel Beckage PLLC, hereby move this Court, the Honorable John L. Sinatra, at the U.S. District Court, 2 Niagara Square, Buffalo, NY 14202-3498, for an order dismissing Plaintiffs' First Amended Consolidated Complaint.

In accordance with Rule 7(b)(1) of the U.S. District Court Local Rules of Civil Procedure and this Court's order setting deadlines (Dkt. 15), any opposition papers will be filed and served by Plaintiffs on December 22, 2021, and any reply papers of the Defendants will be filed and served on January 5, 2022. Defendants intend to file and serve reply papers. Defendants request that the Court hear oral argument on their motion.

For the reasons set forth in the accompanying memorandum of law, the First Amended Consolidated Complaint should be dismissed in its entirety.

Dated: Buffalo, New York  Respectfully Submitted,
        November 22, 2021  BECKAGE PLLC

<u>/s/ Myriah Jaworski</u>
Myriah Valentina Jaworski Esq.
Chirag H. Patel, Esq. (*pro hac vice*)
Liberty Building
420 Main Street, Suite 1110
Buffalo, New York 14202
(716) 898-2102
mjaworski@beckage.com
cpatel@beckage.com

*Attorney for Defendants,*
*Professional Business System d/b/a*
*PracticeFirst Medical Management Solutions*
*and PBS Medcode Corp.*