Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

PETER TASSMER,
KAREN GRAIFMAN CANNON,
KAREN CANNON, PAUL
COMMISSO and GLENDA JOHNSON,

              Plaintiff's,

   v.

PROFESSIONAL BUSINESS SYSTEMS,
d/b/a Practicefirst Medical Management
Solutions and PBS Medcode Corp., a
Delaware Corporation and PBS MEDCODE
Corp.,

              Defendants.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-cv-790-JLS

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that for the reasons stated in the Report and Recommendation, the Court grants Defendant's motion to dismiss. The consolidated class action complaint is dismissed.


Date: August 2, 2022

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/K.McMillan
     Deputy Clerk